UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MARTIN BARRERA,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>FORD MOTOR COMPANY, and DOES 1 to 10, inclusive<br><br>　　　　　　Defendant. | Case No. 1:21-cv-01326 DAD JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 7) |

　　　The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 26) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than December 17, 2021**.

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　　Dated:　**September 9, 2021**　　　　　　_____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE